UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Eric H. Richmond,<br><br>      Debtor. | Chapter 13<br><br>Bankruptcy Case No.: 14-41678 |
| Eric H. Richmond,<br><br>      Plaintiff,<br><br>-against-<br><br>Christina Bost Seaton,<br><br>      Defendant. | Adversary Proceeding No.: 1-17-01120-CEC<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

**TO: ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for defendant, Christina Bost Seaton, in the above captioned Adversary Proceeding, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 2090-1(a), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case.

All such notices should be addressed as follows:

TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Attn.: Stephen G. Rinehart, Esq.
Email: stephen.rinehart@troutmansanders.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceeding therein.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service lists for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: New York, New York
       August 25, 2017

TROUTMAN SANDERS LLP

*s/ Stephen G. Rinehart*
Stephen G. Rinehart
875 Third Avenue
New York, NY 10022
Telephone:  212-704-6000
Facsimile: 212-704-6288
E-mail: stephen.rinehart@troutmansanders.com

*Attorneys for Defendant Christina Bost Seaton*